STATE of Maine

v.

Raymond A. WOOD.

Supreme Judicial Court of Maine.

Dec. 19, 1977.

Charles K. Leadbetter (orally), Asst. Atty. Gen., Augusta, Frank F. Harding, Dist. Atty., Rockland, for plaintiff.

Domenic P. Cuccinello, Thomaston (orally), for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, GODFREY and NICHOLS, JJ.

## MEMORANDUM OF DECISION.

The evidence was sufficient to support the conviction for the crime of assault (17–A M.R.S.A. § 207). *State v. Bonney,* Me., 351 A.2d 107, 110 (1976).

The entry is:

*Appeal denied.*

*Judgment affirmed.*

DELAHANTY, J., did not sit.

McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, GODFREY and NICHOLS, JJ., concur.